**No. 09-8673. Patrick Wade Bearup, Petitioner v. Arizona.**

559 U.S. 1094, 130 S. Ct. 2372, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3569.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 221 Ariz. 163, 211 P.3d 684.